443 F.2d 25
 Mabel D. GARDNER, Plaintiff-Appellant,
v.
J. M. and Mary CRAIN, Defendants-Appellees.
 No. 30487 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 19, 1971.
 Rehearing Denied June 10, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Mabel D. Gardner, pro se.
 Homer A. Houchins, Jr., Smith, Cohen, Ringel, Kohler, Martin & Lowe, Atlanta, Ga., for defendants-appellees.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966